[Nos. 13137-8-III; 13138-6-III.   Division Three.   February 10, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. TODD W. RIDENHOUR, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. KENNETH N. McELROY, *Respondent*.

Appeals from judgments of the Superior Court for Benton County, Nos. 93-1-00036-1, 93-1-00005-1, Albert J. Yencopal, J., entered March 5 and 19, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12570-0-III.   Division Three.   February 10, 1994.]

*In the Matter of the Marriage of* DEBBIE S. KRUMBAH, *Respondent, and* DANIEL L. KRUMBAH, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-3-00468-9, Yancey Reser, J., entered June 8, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.